THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY JENNER, Appellant.—

664

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.